```
 1  RANDY S. GROSSMAN
    United States Attorney
 2  MICHAEL G. WHEAT
    SANDOR A. CALLAHAN
 3  Assistant U.S. Attorneys
    California State Bar Nos. 118598/318200
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  (619) 546-8438 / 8413
    michael.wheat@usdoj.gov
 6  sandor.callahan@usdoj.gov
 7
    Attorneys for Plaintiff
 8  United States of America
 9
10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA
12
```

| UNITED STATES OF AMERICA, | Case No.: 23-mj-02136 |
|---|---|
| Plaintiff, | MOTION TO STAY RELEASE ORDER PENDING APPEAL |
| v. | |
| TORRENCE HATCH, aka Boosie, aka Lil Boosie, aka Boosie Badazz, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Michael G. Wheat, Assistant United States Attorney, hereby respectfully moves for an order staying Magistrate Judge Allison H. Goddard release order entered on June 20, 2023, in the above-captioned case as to defendant TORRENCE HATCH ("HATCH"), aka Boosie, aka Lil Boosie, aka Boosie Badazz.

//
//

I

## MOTION

On June 20, 2023, Magistrate Judge Goddard, set conditions of release for Defendant HATCH.  The United States moves this Court for an order granting a stay of the release order, so that an appeal may be heard by this Court, and setting a briefing schedule for the hearing.

Dated: June 20, 2023.      Respectfully submitted,

                              RANDY S. GROSSMAN
                              United States Attorney

                              *Michael G. Wheat*

                              MICHAEL G. WHEAT
                              SANDOR A. CALLAHAN
                              Assistant U.S. Attorneys